

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### 500 POYDRAS STREET
### NEW ORLEANS, LOUISIANA 70130

Chambers of
Stanwood R. Duval, Jr.
United States District Judge

(504) 589-7540
(504) 589-2393 (Fax)

August 16, 2004

Committee on Financial Disclosure
Administrative Office of U.S. Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

RE:    Reply Letter - 2003 Financial Disclosure Report

Dear Sir:

In response to your letter of July 30, 2004, with respect to Page 2, Paragraphs (1), ( 2) and (3) therein, all of the funds were publicly traded and all assets held by widely diversified funds, and I do not exercise control over the financial interests held by the funds. Nevertheless, I have listed the assets for the past nine years, and this is the first letter I have received advising me not to list the assets, but to simply give the income and value with regard to the shares of the fund.

Also enclosed is my letter of July 16, 2003 in regards to assets held in widely diversified funds. I trust this response will suffice for your inquiry, and that the 2003 Report can be closed. I look forward to hearing from you.

Sincerely,



Stanwood R. Duval, Jr.

SRDjr/csg
Enclosure (1)

Q:\CAROL\DUAL\FINANCDISC SRD- REPLY 2003.LTR.WPD

RECEIVED
Aug 23 10 34 AM '04
FINANCIAL
DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Duval, Stanwood R | 2. Court or Organization<br><br>U.D.S.C., EAST. DIST.LA | 3. Date of Report<br><br>6/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S.D.C. ACTIVE JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 7/15/1994<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>500 Poydras St., Rm. C-368<br><br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | COVENANT HOUSE, NON-PROFIT ORGANIZATION |
| 2. | PRESIDENT | TULANE UNIVERSITY, AMERICAN INN OF COURT |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 14 P 2:2 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duval, Stanwood R | 6/9/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/03 | Apache Corp. (mineral royalty income) | 5,609.00 |
| 2. | 12/31/03 | MetLife IRA/Fixed income from vested pension plan | 22,800 |
| 3. | 12/31/03 | Fordoche, Inc. (mineral royalty income) | 359.00 |
| 4. | 12/31/03 | Phillip's Petroleum (mineral lease) | 4,576.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/03 | AUDIO WORKS, INC. (voiceover work) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Parcel #1, Terrebonne Parish, LA | B | Rent | K | W | | | | | |
| 2. Parcel #2, Terrebonne Parish, LA | A | Rent | J | W | | | | | |
| 3. ** Parcel #3, Terrebonne Parish, LA | B | Rent | J | W | | | | | |
| 4. New England Life Insurance | B | Dividend | K | T | Redeem | 11/03 | K | | |
| 5. ** Stock in Whitney National Bank Shares | A | Dividend | K | T | Sold | 11/03 | K | | |
| 6. * IN RETIREMENT PLAN | | | | | | | | | |
| 7. Fordoche, Inc. (███████ stock) | C | Interest | K | W | | | | | |
| 8. * METLIFE Diversified Fund | B | Interest | K | T | | | | | |
| 9. * METLIFE Fixed Index Fund | E | Interest | N | T | | | | | |
| 10. ** MANAGERS SPECIAL EQUITY FD | A | Interest | J | T | | | | | |
| 11. ** MFS MASS INVESTOR GROWTH 1 | A | Interest | J | T | | | | | |
| 12. ** PIF TEMP FUND #24 | A | Interest | J | T | | | | | |
| 13. ** T.ROWE PRICE MID-CAP GROWTH | A | Interest | J | T | | | | | |
| 14. ** LEG MASON INST. VALUE REPORT FUND #134 | A | Interest | J | T | | | | | |
| 15. ** TEMPLETON INST FDS INC FGN EQUITY SER | A | Interest | J | T | | | | | |
| 16. ** PIMCO TOTAL RETURN FD #35 | A | Interest | J | T | | | | | |
| 17. ** PIMCO HIGH YIELD | A | Interest | J | T | | | | | |
| 18. ** VANGUARD GROWTH INDEX | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. HOME DEPO (STOCK) | A | Dividend | J | T | SOLD | 11/03 | A | | |
| 20. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 21. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 22. ** ARTISAN INT'L FUND | A | Interest | J | T | | | | | |
| 23. **OAKMARK FUND | A | Interest | J | T | | | | | |
| 24. ** MFS EMERGING EQUITY 1 | A | Interest | J | T | | | | | |
| 25. ** SELECTED AMERICAN SHARES | A | Interest | J | T | | | | | |
| 26. ** AMERICAN EQUITY FUND | A | Interest | J | T | | | | | |
| 27. ** LONGLEAF PARTNERS | A | Interest | J | T | | | | | |
| 28. ** T.ROWE MIDCAP EQUITY GROWTH FUND 116 | A | Interest | J | T | | | | | |
| 29. JUDICIAL & JUSTICE FED.CREDIT UNION | A | Interest | J | T | | | | | |
| 30. *▓▓▓▓ SEPARATE PROPERTY INVESTMENTS: | | | | | | | | | |
| 31. *** MERRILL LYNCH CMA ACCOUNT | A | Interest | J | T | | | | | |
| 32. *** MERRILL LYNCH IRA ACCOUNT- FIDELITY ADVISOR GROWTH T | A | Dividend | J | T | | | | | |
| 33. ***M-L ACT FIDELITY ADVISOR MID CAP FD CI T | A | Dividend | | | | | | | |
| 34. ***MERRILL LYNCH IRA ACCOUNT-CASH | A | Interest | L | T | | | | | |
| 35. ***JUDICIAL & JUSTICE FED. CREDIT UNION | A | Interest | J | T | | | | | |
| 36. ***MERRILL LYNCH IRRA ACCT.BANK ONE PPAP PENION TRUST (X) | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. CHECKING ACCT, WHITNEY NAT'L BANK | A | Interest | J | T | | | | | |
| 38. SAVINGS ACCT.@ WHITNEY NAT'L BANK | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duval, Stanwood R | 6/9/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

THE ASSETS LISTED IN SECTION VII ABOVE ARE ALL PRIMARILY IN TWO WIDELY DIVERSE MUTUAL FUNDS OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACE SOME OF THE ASSETS LISTED IN THE 2002 REPORT.

THE ASSETS WITH ONE ASTERISK (*) ARE IN AN IRA ADMINISTERED BY METLIFE, AND THE BALANCE OF ASSETS ARE IN AN IRA ADMINISTERED BY ARGENT TRUST AND ARE DESIGNATED BY TWO ASTERISKS (**). THESE ASSETS REPLACE ASSETS WHICH WERE IN A SIMILAR IRA IN WHICH WHITBEY BANK WAS THE TRUSTEE, AND THE ASSETS DESIGNATED WITH TRIPLE ASTERICKS (***) REPRESENT SEPARATE PROPERTY OF ███████ PLEASE NOTE DATE OF MARRIAGE WAS NOVEMBER 29, 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duval, Stanwood R | 6/9/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████

Date _June 10, 2004_

NOTE: A██████████████████ Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJE██████████████████ SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544